# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHRISTINA WHITFIELD,
  on behalf of Z.W.,                                                       PLAINTIFF

VS.                               3:10CV00158 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 29th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE